## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v | ) | CAUSE NO.: 2:17-CR-54-JTM-JEM |
| | ) | |
| DENTON W. JEROME, | ) | |
| Defendant. | ) | |

### FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
### UPON A PLEA OF GUILTY BY DEFENDANT DENTON W. JEROME

TO:   THE HONORABLE JAMES T. MOODY,
      UNITED STATES DISTRICT COURT

Upon Defendant Denton W. Jerome's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin, on October 11, 2017, with the consent of Defendant Jerome, counsel for Defendant Jerome, and counsel for the United States of America.

The hearing on Defendant Jerome's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Jerome under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Jerome,

I FIND as follows:

(1) that Defendant Denton W. Jerome understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Denton W. Jerome understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse

witnesses, and his right against compelled self-incrimination;

(3) that Defendant Denton W. Jerome understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Denton W. Jerome understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Denton W. Jerome has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Denton W. Jerome is competent to plead guilty;

(6) that Defendant Denton W. Jerome understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Denton W. Jerome's plea; and further,

I RECOMMEND that the Court accept Denton W. Jerome's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Denton W. Jerome be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Denton W. Jerome be adjudged guilty, sentencing before Senior Judge James T. Moody will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 13th day of October, 2017.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record
      Honorable James T. Moody