# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:17 CR 54** |
| | ) | |
| **DENTON W. JEROME.** | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION

Pursuant to the Findings and Recommendation of the United States Magistrate Judge (DE # 31), to which the defendant has not objected,[1] and subject to this court's consideration of the Plea Agreement (DE # 23) pursuant to FED. R. CRIM. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offense charged in Count 1 of the Indictment (DE # 11) is now hereby **ACCEPTED**, and defendant is adjudged guilty of that offense. A sentencing date will be set under separate order.

**SO ORDERED.**

Date: January 8, 2018

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT

---

[1] Objections to the findings and recommendation were originally due November 27, 2017. (DE # 31 at 2.) Before that deadline, defendant moved to withdraw the plea agreement. (DE # 32.) However, on January 4, 2018, defendant orally withdrew his motion to withdraw, at a status conference before the Magistrate Judge. (DE # 42.) Consequently, there are no remaining objections to the findings and recommendation.